■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HORTON, Appellant.—Judgment, Supreme Court, New York County (Sheldon Levy, J.), rendered on January 10, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Kassal and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE JONES, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on October 9, 1984, unanimously affirmed.

■ ALEXANDER & ALEXANDER OF NEW YORK, INC., Appellant, v ANDREW H. MARKS et al., Respondents.—Order, Supreme Court, New York County (Elliott Wilk, J.), entered on or about May 5, 1986, unanimously affirmed for the reasons stated by Elliott Wilk, J., at Special Term. Respondents shall recover of appellant $50 costs and disbursements of this appeal. Concur —Sandler, J. P., Carro, Fein, Kassal and Ellerin, JJ.